# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| LAURA JANE JARVIS, | Case No. 2:16-CV-00791 (VEB) |
| Plaintiff, | JUDGMENT |
| vs. |  |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, |  |
| Defendant. |  |

For the reasons set forth in the accompanying Decision and Order, it is hereby ADJUDGED AND DECREED THAT (1) Plaintiff's request for an order remanding the case for further proceedings is DENIED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is

1  GRANTED; (3) judgment is entered in the Commissioner's favor; and (4) the Clerk

2  of the Court shall CLOSE this case.

3  DATED this 22nd day of December, 2016.

>   /s/Victor E. Bianchini
>   VICTOR E. BIANCHINI
>   UNITED STATES MAGISTRATE JUDGE